| | |
|---|---|
| 1 | C. FREDRICK MEINE III #203889 |
| 2 | KEITH M. WHITE #188536 |
|   | COLEMAN & HOROWITT, LLP |
| 3 | Attorneys at Law |
|   | 499 W. Shaw Avenue, Suite 116 |
| 4 | Fresno, California 93704 |
|   | Telephone: (559) 248-4820 |
| 5 | Facsimile: (559) 248-4830 |

Attorneys for Defendants,
MIGUEL ANGEL CERVANTES; and
JUAN ESPINOSA NEGRETE dba TAQUERIA YARELIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA | Case No. 1:17-cv-00616-AWI-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND CONTINUE MANDATOARY SCHEDULING CONFERENCE; ORDER** |
| JUAN ESPINOSA NEGRETE dba TAQUERIA YARELIES; MARGARITA dba TAQUERIA YARELIS; MIGUEL ANGEL CERVANTES | |
| Defendants. | |

WHEREAS, the responsive pleadings of Defendants JUAN ESPINOSA NEGRETE dba TAQUERIA YARELIS and MIGUEL ANGEL CERVANTES (collectively "Defendants") are past due;

WHEREAS, the Mandatory Scheduling Conference in this matter is currently set for August 3, 2017;

WHEREAS, counsel for Defendants were only recently retained;

WHEREAS, Plaintiff JOSE ACOSTA ("Plaintiff") and Defendants wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, as well as preparing for and attending the scheduling conference as

STIPULATION TO EXTEND TIME

currently scheduled;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

NOW, THEREFORE, Plaintiff JOSE ACOSTA through his attorney of record, and Defendants MIGUEL ANGEL CERVANTES and JUAN ESPINOSA NEGRETE dba TAQUERIA YARELIS through their attorney of record, hereby stipulate as follows:

1. That Defendants' time to respond to the Complaint be extended to September 8, 2017, which extension exceeds 28 days from the initial deadline; and

2. That the Mandatory Scheduling Conference that was scheduled by the Court for August 3, 2017 at 9:00 a.m. be continued to a date after September 25, 2017 at the Court's convenience.

Dated: July 11, 2017      MISSION LAW FIRM, A.P.C.

By: /s/ *Zachary M. Best*
ZACHARY M. BEST
Attorneys for Plaintiff
JOSE ACOSTA

Dated: July 11, 2017      COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
KEITH M. WHITE
Attorneys for Defendants
JUAN ESPINOSA NEGRETE dba TAQUERIA YARELIS; and MIGUEL ANGEL CERVANTES

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants may have to and including September 8, 2017 within which to file their responsive pleadings.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for August 3, 2017 at 9:00 a.m. is continued to October 4, 2017 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe, based upon the parties' representation that they are in active settlement discussions. The parties are directed to file their joint scheduling report no later than seven (7) days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **July 12, 2017**                     /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE